IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TERRY BROWN,                          )
                                      )
    Plaintiff,                        )
                                      )
v.                                    )   CASE NO. CV419-005
                                      )
JUDGE LOUISA ABBOT, Superior          )
Court Judge, in her official          )
and individual capacity;              )
GREGORY MCCONNELL, Assistant          )
District Attorney, in his             )
official and individual               )
capacity; WILLIAM S. LEWIS,           )
in his official and                   )
individual capacity;                  )
                                      )
    Defendants.                       )



## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. The Magistrate Judge recommends that this action be dismissed due to Plaintiff's failure to comply with the Magistrate Judge's previous order (Doc. 4) which directed Plaintiff to complete the supplied form for use by pro se prisoners in filing a complaint pursuant to 41 U.S.C. § 1983. (Doc. 5 at 1.) In his prior order, the Magistrate Judge directed Plaintiff to complete the form so that this

Court could ascertain whether, and how many, previous lawsuits have been initiated by Plaintiff. (Doc. 4 at 2.) The Magistrate Judge also warned Plaintiff that failure to comply would result in a recommendation of dismissal. (Id. at 2-3.) The United States Court of Appeals for the Eleventh Circuit has found that the failure to comply with court rules requiring disclosures about a plaintiff's previous litigation warrants dismissal. See Sears v. Haas, 509 F. App'x 935, 936 (11th Cir. 2013). As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 23rd day of April 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA