# United States District Court
## Southern District of Georgia

Terry Brown

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV419-5

Judge Louisa Abbot, Gregory McConnell, Attorney William S. Lewis

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated April 23, 2019, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court. Plaintiff's complaint is dismissed without prejudice. This action stands closed.



| April 23, 2019 | Scott L. Poff |
|---|---|
| Date | Clerk |

*Logan O. Herb*
(By) Deputy Clerk